UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRYANT SYKES, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:20-cv-00316-JPH-DLP ) |
| PUTNAMVILLE CORRECTIONAL FACILITY, | ) ) |
| Respondent. | ) |

**ENTRY DISMISSING DUPLICATIVE ACTION**

In this habeas action filed on June 19, 2020, petitioner Bryant Sykes challenges his disciplinary conviction on February 25, 2020, a Class B violation of sexual contact. Dkt. 2.

This action is identical to the action filed on June 18, 2020, case number 2:20-cv-00313-JMS-MJD, seeking habeas relief based on the same disciplinary case. Mr. Sykes' habeas petition filed on June 18, 2020, shall proceed and **this action is dismissed without prejudice**. *See McReynolds v. Merrill Lynch & Co.*, 694 F.3d 873, 888 (7th Cir. 2012) ("The district court has broad discretion to dismiss a complaint for reasons of wise judicial administration . . . whenever it is duplicative of a parallel action already pending in another federal court.") (internal quotation omitted); *Trippe Mfg. Co. v. Am. Power Conversion Corp.*, 46 F.3d 624, 629 (7th Cir. 1995) ("Federal district courts have the inherent power to administer their dockets so as to conserve scarce judicial resources."). Judgment consistent with this Entry shall now issue.

**SO ORDERED.**

Date: 7/6/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

BRYANT SYKES
932611
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only